**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dr. Guenter Stetter, | ) | No. CV-09-1071-PHX-DGC |
| Plaintiff/Counterdefendant, | ) | **ORDER** |
| vs. | ) | |
| Blackpool, LLC; John R. Bickley IV; and Burton D. Gould, | ) | |
| Defendants/Counterclaimants. | ) | |
| Burton D. Gould, | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| John P. Dunbar, | ) | |
| Counterdefendant. | ) | |

On January 19, 2010, the Clerk entered Defendant Blackpool, LLC's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Dkt. #108. Defendant John Bickley has filed a pro se motion to vacate default judgment of Blackpool, LLC. Dkt. #132. Because default judgment has not been entered, *see* Rule 55(b), the Court will construe Bickley's motion as a motion to set aside entry of default pursuant to Rule 55(c). For the reasons stated below, the motion will be denied.

"It is a longstanding rule that 'corporations and other unincorporated associations

must appear in court through an attorney.'" *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (alteration and citation omitted); *see Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel.") (citing *Osborn v. President of Bank of U.S.*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)). Blackpool is a limited liability company. Bickley is not an attorney licensed to practice before this Court or in any other jurisdiction. He therefore may not file motions on behalf of Blackpool or otherwise represent the company in this action. *See id.* Even as the sole shareholder of Blackpool (Dkt. #132 at 1), Bickley may not make an "end run around" the general rule prohibiting pro se litigants from pursuing claims or defenses on behalf of others in a representative capacity. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664-65 (9th Cir. 2008) (citing cases applying rule).

**IT IS ORDERED** that Defendant John Bickley's pro se motion to set aside entry of Blackpool, LLC's default (Dkt. #132) is **denied**.

DATED this 24th day of February, 2010.

_____
David G. Campbell
United States District Judge