**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Guenter Stetter, ) | No. CV-09-1071-PHX-DGC |
| ) | |
| Plaintiff/Counterdefendant, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Blackpool, LLC; John R. Bickley IV; ) | |
| and Burton D. Gould, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |

Plaintiff has filed an ex parte application for order allowing attorney to withdraw. Doc. 195.

**IT IS ORDERED** that Plaintiff's ex parte application for order allowing attorney to withdraw (Doc. 195) is **granted**. Thomas F. O'Malley be allowed to withdraw as local counsel for Plaintiff in this matter.

DATED this 18th day of April, 2011.

*David G. Campbell*
United States District Judge

cc: All parties