1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Dr. Guenter Stetter, a citizen of the foreign          No. CV09-1071-PHX-DGC
     state of Germany,

10                              Plaintiff,                   **ORDER AND JUDGMENT**

11   vs.

12   John R. Bickley, IV, et al.,

13                              Defendants.

14

15         Defendant Burton D. Gould and Plaintiff Guenter Stetter have filed a Joint

16   Request for Entry of Default and Default Judgment Against Defendant Burton D. Gould.

17   Doc. 227.  The document, which is signed by Gould and Plaintiff's counsel, asks the

18   Court to enter judgment against Gould in the amount of $95,000 on Count 3 of the First

19   Amended Complaint, pursuant to the written agreement executed by the parties.  A copy

20   of the written agreement has been provided to the Court.  *See* Doc. 221, Exs. 1, 2.

21         Pursuant to the parties' stipulation, it is the order and judgment of the Court that

22   judgment is entered against Defendant Burton D. Gould in the amount of $95,000 on

23   Count 3 of the First Amended Complaint.  This Order and Judgment shall constitute an

24   enforceable judgment against Defendant Gould in the amount of $95,000.

25         As this judgment resolves the liability of all Defendants in this case (judgments

26   previously have been entered against Defendant Blackpool, LLC and Defendant Bickley),

27   the remaining claims in the First Amended Complaint are dismissed with prejudice.  In

28

1   addition, all counterclaims asserted by Defendants are dismissed with prejudice.   The

2   Clerk is directed to terminate this action.

3        Dated this 28th day of November, 2011.

                    David G. Campbell
                United States District Judge